| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, AMENDED COMPLAINT, PRAYER FOR RELIEF** <br> EFFECTED (1) BY ME: Gary Hochman <br> TITLE: PROCESS SERVER | DATE: September 28, 2016 - 8:10 AM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant

CHRISTOPHER MOYNIHAN

Place where served:

60 HIGHVIEW AVENUE   NANUET NY 10954

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Mike Moynihan - Uncle

Relationship to defendant

Description of Person Accepting Service:

SEX: Male  AGE: 60  HEIGHT: 5'8"  WEIGHT: 175  SKIN: White  HAIR: Gray  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____   SERVICES $ _____.____   TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9 / 28 / 2016

SIGNATURE OF Gary Hochman  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: SHELLY A. LEONARD, ESQ.
PLAINTIFF: TIMOTHY JAMES CELLI
DEFENDANT: THE SALOON LLC DBA THE PEARL RIVER SALOON, ET AL
VENUE: DISTRICT
DOCKET: 7 16 CV 06405 VB
COMMENT:

JB