UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TIMOTHY JAMES CELLI,

            Civil Action No: 7:16cv6405

      Plaintiff,

 v.

THE SALOON LLC. d/b/a
THE PEARL RIVER SALOON,
SHAWN CASEY, BRIDGET V. KILLEN,
45-49 WEST CENTRAL AVENUE LLC,
CHRISTOPHER MOYNIHAN and
XYZ SECURITY, INC. (a fictitious name),

**REQUEST FOR CERTIFICATE OF DEFAULT**

      Defendants.
_____

TO: RUBY J. KRAJICK
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

Pease enter the default of Defendant, CHRISTOPHER MOYNIHAN, pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend this action as fully appears form the court file herein and from the attached affirmation of Shelly A. Leonard, Esq.

Dated: Huntington, New York
    December 7, 2016

            Respectfully Submitted,

            BLAU, LEONARD LAW GROUP, LLC

            By: _____
              Shelly A. Leonard
            23 Green Street, Suite 303
            Huntington, NY 11743
            (631) 458-1010
            *Attorneys for Plaintiff*