UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY JAMES CELLI,

                          Plaintiff,

    v.

THE SALOON LLC. d/b/a
THE PEARL RIVER SALOON,
SHAWN CASEY, BRIDGET V. KILLEN,
45-49 WEST CENTRAL AVENUE LLC,
CHRISTOPHER MOYNIHAN and
XYZ SECURITY, INC. (a fictitious name),

                          Defendants.

---

Civil Action No: 7:16cv6405

**DECLARATION IN SUPPORT**

SHELLY A. LEONARD makes the following declaration under penalties of perjury and pursuant to 28 U.S.C. §1746:

1. I am a member of Blau Leonard Law Group, LLC, attorneys for the Plaintiff in the above-captioned matter and as such, I have personal knowledge of the facts, circumstances and procedural history of this litigation as is hereinafter set forth.

2. This Declaration is submitted in support of Plaintiff's Request for Certificate of Default against Defendant, CHRISTOPHER MOYNIHAN, pursuant to Local Rule 55.1 for the Southern District of New York.

3. This negligence action was filed on August 11, 2016. [Docket No. 1].

4. Once the action was docketed, Summons were requested and issued for service upon Mr. Moynihan. [Docket Nos. 8 and 14].

1

5. On September 28, 2016 Defendant, CHRISTOPHER MOYNIHAN, was personally served at his place of residence. Mr. Moynihan's Uncle received the service of process. The Affidavit of Service was filed with the Court on October 11, 2016. [Docket No. 21].

6. The time for Defendant, CHRISTOPHER MOYNIHAN, to answer or otherwise move with respect to the Complaint herein has severely expired.

7. Defendant has not answered or otherwise moved with respect to the Complaint.

8. The Defendant, CHRISTOPHER MOYNIHAN, is not infant or incompetent. The Defendant is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, Plaintiff requests that the default of Defendant, CHRISTOPHER MOYNIHAN be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and information.

Dated: Huntington, New York
December 7, 2016

Respectfully Submitted,

BLAU, LEONARD LAW GROUP, LLC

By: /s/ Shelly A. Leonard
Shelly A. Leonard
23 Green Street, Suite 303
Huntington, NY 11743
(631) 458-1010
*Attorneys for Plaintiff*