UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TIMOTHY JAMES CELLI,

                Plaintiff,

    v.

THE SALOON LLC. d/b/a
THE PEARL RIVER SALOON,
SHAWN CASEY, BRIDGET V. KILLEN,
45-49 WEST CENTRAL AVENUE LLC,
CHRISTOPHER MOYNIHAN and
XYZ SECURITY, INC. (a fictitious name),

                Defendants.
_____

Civil Action No: 7:16cv6405

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendant, CHRISTOPHER MOYNIHAN, has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: December  , 2016

                RUBY J. KRAJICK, Clerk of the Court


        By:_____