## CERTIFICATE OF SERVICE

       I certify that on December 7, 2016, I caused a true copy of Plaintiff's Request for a Certificate of Default; Declaration in Support; and Certificate of Default to be send by Federal Express, overnight mail to:


CHRISTOPHER MOYNIHAN
60 Highview Avenue
Nanuet, New York 10954

Via ECF:

GOLDBERG SEGALLA LLP
200 Garden City Plaza, Suite 520
Garden City, New York 11530
Scott P. Eisenberg. Esq.
seisenberg@goldbergsegall.com
*Attorneys for Defendants*


                             BLAU LEONARD LAW GROUP, LLC

                             */s/ Shelly A. Leonard*
                             Shelly A. Leonard
                             23 Green Street, Suite 303
                             Huntington, New York 11743
                             Telephone: (631) 458-1010
                             Fax: (631) 458-1011
                             sleonard@blauleonardlaw.com