```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TIMOTHY JAMES CELLI,                              :
                    Plaintiff,                    :
                                                  :           ORDER
v.                                                :
                                                  :           16 CV 6405 (VB)
THE SALOON LLC, d/b/a THE PEARL                   :
RIVER SALOON, SHAWN CASEY,                        :
BRIDGET V. KILLEN, 45-49 WEST                     :
CENTRAL AVENUE LLC, CHRISTOPHER                   :
MOYNIHAN and XYZ SECURITY, INC. (a                :
fictitious name),                                 :
                    Defendants.                   :
--------------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
6-5-17

As discussed with all counsel at today's conference, it is hereby ORDERED:

1. The deadline to complete all discovery is extended to September 5, 2017, for the parties (i) to depose Christopher Moynihan, (ii) to conduct independent medical evaluations of plaintiff, and (iii) to conduct further expert discovery as necessary.

2. The next conference is scheduled for September 11, 2017, at 11:30 a.m.

Dated: June 5, 2017
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge